UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE CENTER FOR RESTORATIVE BREAST SURGERY, LLC, ET AL. | CIVIL ACTION |
| versus | No. 06-10066 |
| BLUE CROSS BLUE SHIELD OF LOUISIANA, ET AL. | SECTION: I/4 |

### ORDER

**IT IS ORDERED** that defendant's motion for summary judgment,[1] filed November 22, 2006, is **DENIED** for failure to comply with the Court's standard rule regarding the filing of motions for summary judgment.[2] Defendant's motion to dismiss,[3] filed November 22, 2006, is also **DENIED** as it is related to the motion for summary judgment. Defendant may refile both motions after receiving authorization at the status conference to be scheduled in this case.

New Orleans, Louisiana, November 30th, 2006.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. No. 4.

[2] "Prior to filing a motion for summary judgment, including a motion for partial summary judgment, counsel shall schedule and appear for a status conference before this Court at which time the motion will be discussed by all parties."

[3] Rec. Doc. No. 5.